IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| myCUmortgage, LLC, | : | CASE NO. 3:18-cv-00091-WHR |
| Plaintiff, | : | (Judge Walter H. Rice) |
| v. | : | |
| CENLAR FSB, | : | ⌋ **ORDER GRANTING UNOPPOSED MOTION OF DEFENDANT CENLAR FSB FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** |
| Defendant. | : | |

Upon Defendant Cenlar FSB's Unopposed Motion for Extension of Time to Answer or Otherwise Plead, for good cause shown, the Court ORDERS that the time for Defendant Cenlar FSB to file an answer or otherwise plead is extended until April 23, 2018.

IT IS SO ORDERED.

Date: 3-26-18

_____
UNITED STATES DISTRICT JUDGE

1263081.1