IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| myCUmortgage, LLC, | : | CASE NO. 3:18-cv-00091-WHR |
| Plaintiff, | : | (Judge Walter H. Rice) |
| v. | : | (Magistrate Judge Sharon L. Ovington) |
| CENLAR FSB, | : | |
| Defendant. | : | **ORDER GRANTING IN PART UNOPPOSED MOTION OF DEFENDANT CENLAR FSB FOR EXTENSION OF TIME TO FILE MEMORANDUM IN RESPONSE AND OPPOSITION TO PLAINTIFF-COUNTERCLAIM DEFENDANT MYCUMORTGAGE, LLC'S OBJECTION TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #23)** |

Defendant Cenlar FSB has filed an Unopposed Motion for Extension of Time to File Memorandum in Response and Opposition to Plaintiff-Counterclaim Defendant myCUmortgage, LLC's ("myCU") March 7, 2019 Objection to the Magistrate Judge's Report and Recommendations (Doc. #23). Defendant has asked for an extension of time until April 4, 2019.

The Court GRANTS Defendant's motion IN PART. Defendant must file its Memorandum in Response and Opposition to Plaintiff-Counterclaim Defendant myCUmortgage, LLC's Objection to the Magistrate Judge's Report and Recommendations (Doc. #23) **no later than close of business on March 27, 2019.**

IT IS SO ORDERED.

Date: 3-15-19

UNITED STATES DISTRICT JUDGE