IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| myCUmortgage, LLC, : | |
| Plaintiff, | |
| | Case No. 3:18-cv-91 |
| v. : | |
| | JUDGE WALTER H. RICE |
| Cenlar FSB, | |
| Defendant. : | |

---

DECISION AND ENTRY SUSTAINING JOINT MOTION FOR EXTENSION OF TIME (DOC. #21); ADOPTING PRETRIAL DATE SET FORTH IN AMENDED RULE 26(f) REPORT (DOC. #21-1); TRIAL RE-SET FOR MARCH 23, 2020

---

For good cause shown, the Court SUSTAINS the Joint Motion for Extension of Time to Re-Set Case Schedule, Doc. #21, and, as discussed during the conference call held on January 10, 2019, ADOPTS the amended pretrial dates set forth in the parties' Amended Rule 26(f) Report, Doc. #21-1. Trial is re-set for March 23, 2020.

Date: August 28, 2019

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE