IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| myCUmortgage, LLC, | : | CASE NO. 3:18-cv-00091-WHR |
| Plaintiff, | : | (Judge Walter H. Rice) |
| | | (Magistrate Judge Sharon L. Ovington) |
| v. | : | |
| CENLAR FSB, | : | **ORDER GRANTING A STAY OF THE CASE SCHEDULE** |
| Defendant. | : | |

For good cause, the Joint Motion for Stay of the Case Schedule is granted. The Court requires the parties to advise the Court of the outcome of the mediation as successful or unsuccessful within 3 business days of the mediation's conclusion.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE