UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MYCUMORTGAGE,

    Plaintiff,                                         Case No. 3:18-cv-91

vs.

CENLAR FSB                                   District Judge Walter H. Rice

    Defendant.

## ORDER OF REFERENCE

This civil matter was referred to the undersigned for mediation -- in his capacity as a United States Magistrate Judge -- on October 7, 2019.  Doc. 35.  The undersigned held numerous mediation conferences and calls with the parties over the last sixteen months, including after his appointment as a United States District Judge, but the parties were unable to reach a settlement. This matter is, therefore, **REFERRED** to Judge Walter E. Rice to resume litigation.

    **IT IS SO ORDERED.**

Date:  February 26, 2021                      s/Michael J. Newman
                                                                 Hon. Michael J. Newman
                                                                   United States District Judge